Charles M. Eaton, Respondent, v. Home Insurance Company, Appellant. — Order affirmed, with ten dollars costs and disbursements. No opinion.

Giveen Manufacturing Company, Respondent, v. Charles J. McNulty, as Trustee in Bankruptcy of Wiesen Brothers, Appellant.— Order affirmed, with ten dollars costs and disbursements. No opinion.

The Monarch Typewriter Company, Respondent, v. Alice M. Hicks, Appellant.— Order affirmed, with ten dollars costs and disbursements. No opinion.

Moses H. Harris, Appellant, v. Isidor Straus and Nathan Straus, Doing Business under the Firm Name of R. H. Macy & Co., Respondents.— Order affirmed, with ten dollars costs and disbursements. No opinion.

The People of the State of New York ex rel. John B. Lange, Appellant, v. Clinton C. Palmiter, a Police Officer of the City of New York, Respondent.— Order affirmed on opinion of Newburger, J., in the court below. (Reported in 71 Misc. Rep. 158.)

Abraham Kaminsky and Hyman Kaminsky, Doing Business as Kaminsky Bros., Respondents, v. William Haaker Company, Appellant.— Order affirmed, with ten dollars costs and disbursements. No opinion.

In the Matter of the Application of John McNulty and Others, Infants, for the Sale of Real Property. Catharine McNulty Carroll, Appellant; Charles H. Hyde, as City Chamberlain of the City of New York, Respondent.— Order affirmed, with ten dollars costs and disbursements. No opinion.

Alsen American Portland Cement Works of New York, Respondent, v. William A. Thomas Company, Appellant.— Order affirmed, with ten dollars costs and disbursements. No opinion.

Frederick E. Hutchings, Respondent, v. E. Nelson Tibbals and Walter A. Tibbals, Copartners, Doing Business as E. Nelson Tibbals & Company, Appellants.— Order affirmed, with ten dollars costs and disbursements. No opinion.

Joseph Loewi, Respondent, v. Adolf H. Landeker, Appellant.— Order affirmed, with ten dollars costs and disbursements. No opinion. McLaughlin, J., dissented.

American Woolen Company, Respondent, v. Jacob Cohen and Others, Defendants. A. Joseph Geist, Appellant.— Order affirmed, with ten dollars costs and disbursements. No opinion.

Arturo Ricco, Respondent, v. Henry H. Wehrhane and Others, Appellants.— Order affirmed, with ten dollars costs and disbursements. No opinion.

The People of the State of New York v. Andrew Dorey.— Motion to dismiss appeal granted unless appellant comply with terms stated in order.

The People of the State of New York v. George W. Yeandle.— Motion to dismiss appeal granted unless appellant comply with terms stated in order.

Carolyn E. Williams v. The City of New York.— Motion to dismiss appeal granted, with ten dollars costs.

Bridget Fava, as Administratrix, v. Samuel Bienenzucht and Others.— Motion to dismiss appeal granted, with ten dollars costs.